UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

DERICK S., Plaintiff,

v. Civil Action No. 3:25-cv-219-DJH-CHL

COMMISSIONER OF SOCIAL SECURITY, Defendant.

* * * * *

**ORDER**

Plaintiff Derick S. filed this action seeking review of the decision by Defendant Commissioner of Social Security to deny his application for disability insurance benefits. (Docket No. 1) The case was referred to Magistrate Judge Colin H. Lindsay for report and recommendation. Judge Lindsay issued his Report and Recommendation on August 3, 2026, recommending that the Commissioner's decision be affirmed. (D.N. 21) The time for objections to the magistrate judge's recommendation has now run with no objections filed. *See* 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b)(2).

Because no party has objected to the report and recommendation, the Court may adopt it without review. *See Thomas v. Arn*, 474 U.S. 140, 150 (1985). Nevertheless, the Court has conducted its own review of the record and finds no error in the magistrate judge's conclusions. Accordingly, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** as follows:

(1) The Report and Recommendation of Magistrate Judge Colin H. Lindsay (D.N. 21) is **ADOPTED** in full and **INCORPORATED** by reference herein.

(2) The complaint (D.N. 1) and plaintiff's brief (D.N. 13) are **DISMISSED** with prejudice.

A separate Judgment will be entered this date.

September 16, 2026



**David J. Hale, Chief Judge**
**United States District Court**